## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION             MDL NO. 1431 (MJD/SRN)

**O R D E R**

This Document Relates to:

*Larry Crow v. Bayer Corp., et al.*             Case No. 04-1251

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Larry Crow (Doc. No. 4) is **GRANTED**;

2. Plaintiff Larry Crow's claims are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff's counsel is required to pay the sum of $65.00 to Bayer Corporation within 10 days of this Order.

Dated: August 20, 2007                       s / Michael J. Davis
                                             MICHAEL J. DAVIS
                                             United States District Court Judge